Hayward, Parker, O'Leary & Pinsky
Proposed Attorneys for Debtor
225 Dolson Ave., Box 929
Middletown, NY 10940
Tel. (845) 343-6227
Fax (845) 343-1927
mike.pinsky@hpoplaw.com
Mike Pinsky, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

In re:

    MFB PROPERTIES LLC,

                Debtor.

EIN 81-1266188
----------------------------------------------------------x

Chapter 11

Case No. 17-_____ (cgm)

STATE OF NEW YORK    }
                                  } ss.
COUNTY OF ORANGE    }

## AFFIDAVIT UNDER LOCAL BANKRUTPCY RULE 1007-2

Matthew Buckley, having first been duly sworn, deposes and says;

    1.    That he is the Managing Member of the debtor company herein, and makes this Affidavit pursuant to Rule 1007-2 of the Local Bankruptcy Rules of this Court.

    2.    That there is no other or prior bankruptcy proceeding filed by or on behalf of the company.

    3.    That the names and addresses of all known creditors and parties in interest are attached to the debtor's Chapter 11 petition.

4. The debtor is involved in one lawsuit now pending, that being a commercial foreclosure action in the Supreme Court, Orange County, New York, styled BHMPW Funding, LLC v. MFB Properties LLC, et al., Index No. EF000220/2017.

5. That there is no property of the debtor currently in the possession or custody of a receiver for the benefit of creditor, mortgagee pledge or assignee of rents.

6. The debtor has no shares of stock, debentures or other securities which are publicly held.

7. The debtor has no employees, and no weekly payroll.

8. The estimated pro forma operating expenses for a thirty (30) day period is $400.00, consisting of utility expenses. Those expenses have been paid prepetition and will be paid postpetition by Matthew Buckley, the sole and managing member of the debtor, resulting in a zero profit, zero loss, pro-forma budget for that period.

9. The debtor's financial difficulties were caused by a dispute with its predecessor private mortgagee. The debtor obtained a home improvement loan from the original lender to rehabilitate its property: a large single family home on a private lake in Monroe New York. After the work was completed, the lender refused to advance the final installment of the property improvement loan unless the debtor performed substantial additional work on the property, with attendant additional loan costs. The debtor refused, and the lender defaulted the loan.

10. The best interest of creditors, the debtor and the community would be served by allowing the debtor to continue its business and restructure its finances under Chapter 11. There is substantial equity in the Debtor's property, which will enable payment in full of all creditors with interest, through the sale of the Debtor's property in the near to mid-term.

[Signatures appear on the next page]

Dated: Middletown, New York
November 3, 2017

MFB Properties LLC

By: _____
Matthew Buckley
Managing Member

Sworn to before me this
3rd day of November 2017
_____
Michael O'Leary
Notary Public, New York
No. 4671514
Commission Expires June 30, 2018

LBR 1007-2 Affidavit in MFB Properties LLC