Hayward, Parker, O'Leary & Pinsky
Attorneys for Debtor
225 Dolson Ave., Ste. 303
Post Office Box 929
Middletown, NY 10940
Tel: 845-343-6227
Fax: 845-343-1927
Email: mike.pinsky@hpoplaw.com
Mike Pinsky, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------
In re:

    MFB PROPERTIES LLC,

                     Debtor.

EIN 81-1266188
---------------------------------------------------------x

Chapter 11

Case No. 17-36876 (cgm)

## NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that the Motion for Order Pursuant to §§ U.S.C. 363(b)(1) and 363(f)(3) Authorizing Sale (the "Motion") of debtor in possession MFB Properties LLC (the "Debtor") has been filed, seeking the entry of an Order authorizing the Debtor to sell property located at 7 Lucy Lane, Monroe, Orange County, New York (the "Property"), free and clear of liens and encumbrances, with liens and encumbrances to attach to proceeds and (absent dispute) to be paid at closing.

A hearing on the Motion will be held before the Hon. Cecelia G. Morris, Chief United States Bankruptcy Judge, at the U.S. Bankruptcy Court for the Southern District of New York, 355 Main Street, Poughkeepsie, New York 12601, on the January 30, 2018 at 9:30 a.m., or as soon thereafter as counsel can be heard.

Objections to the relief requested in the motion must be filed with the Court and served so as to be received not later than seven (7) days before the above-listed hearing date upon Hayward, Parker, O'Leary & Pinsky, Attn: Mike Pinsky, Esq., 225 Dolson Avenue, Suite 303, PO Box 929, Middletown, New York 10940

Dated: Middletown, New York
January 5, 2018

                                                Hayward Parker O'Leary & Pinsky

By: /s/ Mike Pinsky
Attorneys for Debtor
225 Dolson Ave., Suite 303
Post Office Box 929
Middletown, NY 10940
Tel: (845) 343-6227
Fax: (845) 343-1927
Email: mike.pinsky@hpoplaw.com