UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------
In re:

    MFB PROPERTIES LLC,

                      Debtor.

EIN 81-1266188
---------------------------------------------------------x

Chapter 11

Case No. 17-36876 (cgm)

## ORDER DENYING RECONSIDERATION & VACATUR

      The motion (the "Motion") of BHMPW Funding LLC ("BHMPW") for the entry of an order reconsidering or vacating this Court's order authorizing the sale by debtor MFB Properties LLC (the "Debtor") of improved real property located at 7 Lucy Lane, Town of Monroe, County of Orange, State of New York having come on for a hearing before this Court on February 13, 2018 (the "Hearing"), the Debtor having filed opposition to the Motion and the Court having taken judicial notice of the transcripts of the case conferences held in this case, and of the transcript of the January 30, 2018 hearing held on the Debtor's sale motion, now, upon the Motion, the opposition, the aforementioned hearing transcripts, all of the papers on file in this case and the record of the Hearing, after due deliberation and for the reasons stated on the record of the Hearing it is hereby,

      **ORDERED**, that the Motion is denied.



**Dated: February 20, 2018**
      **Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**